[No. 2161–3.  Division Three.  May 17, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
STANLEY VAN METER, *Appellant.*

Appeal from a judgment of the Superior Court for
Kittitas County, No. C–7527, W. R. Cole, J., entered October 4, 1976. *Affirmed* by unpublished opinion per Munson,
C.J., concurred in by Green and McInturff, JJ.


[No. 3694–1.  Division One.  May 22, 1978.]

*In the Matter of the Marriage of* GAIL J. DUFF,
*Respondent, and* JOHN E. DUFF,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. D–69199, Frank H. Roberts, Jr., J., entered
March 7, 1975. *Remanded* by unpublished per curiam
opinion.


[No. 4670–1.  Division One.  May 22, 1978.]

LILLY L. LEACH, ET AL, *Appellants,* v. THE CITY OF
SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 806252, James J. Dore, J., entered March 31,
1976. *Dismissed* by unpublished per curiam opinion.


[No. 5023–1.  Division One.  May 22, 1978.]

VIRGINIA L. FUSSELMAN, *Respondent,* v. LESLIE M.
BOLTON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 810485, Nancy A. Holman, J., entered July 15,
1976. *Reversed* by unpublished per curiam opinion.